IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO,<br><br>        Plaintiff,<br><br>  v.<br><br>HEWLETT PACKARD ENTERPRISE CO., HP ENTERPRISE SERVICES, LLC, and SILVER PEAK SYSTEMS, INC.,<br><br>        Defendants. | Civil Action No. 6:16-cv-00086<br><br>JURY TRIAL DEMANDED |

## SILVER PEAK SYSTEMS, INC.'S NOTICE OF INITIAL DISCLOSURES

Defendant Silver Peak Systems, Inc. ("Silver Peak") hereby notifies the Court that on August 18, 2016, Silver Peak complied with Federal Rule of Civil Procedure 26(a)(1) by serving its Initial Disclosures on all counsel of record via electronic mail.

1

Dated:   August 18, 2016                    Respectfully submitted,

                                            **FENWICK & WEST LLP**


                                            */s/ Kunyu Ching*
                                            Michael J. Sacksteder, CSB No. 191605
                                            (Admitted E.D. Texas)
                                            msacksteder@fenwick.com
                                            Bryan A. Kohm, CSB No. 233276
                                            (Admitted E.D. Texas)
                                            bkohm@fenwick.com
                                            Lauren E. Whittemore, CSB No. 255432
                                            (Admitted E.D. Texas)
                                            lwhittemore@fenwick.com
                                            Kunyu Ching, CSB No. 292616
                                            (Admitted E.D. Texas)
                                            kching@fenwick.com
                                            FENWICK & WEST LLP
                                            555 California Street, 12th Floor
                                            San Francisco, CA  94104
                                            Telephone:     415.875.2300
                                            Facsimile:     415.281.1350

                                            Attorneys for Defendant
                                            SILVER PEAK SYSTEMS, INC.


**CERTIFICATE OF SERVICE**

The undersigned certifies that, on August 18, 2016, the foregoing document was served via the Court's electronic filing system on all counsel of record.


                                            */s/ Kunyu Ching*
                                            Kunyu Ching